**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Curtis WILLIAMS,
Defendant/Appellant.**

**No. ED 83702.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 20, 2005.

Deborah Daniels, Assistant Attorney General, Daniel N. McPherson, Jefferson City, for respondent.

S. Kristina Starke, Assistant Public Defender, St. Louis, for appellant.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., BOOKER T. SHAW, J.

*ORDER*

PER CURIAM.

Defendant, Curtis Williams, appeals from a judgment entered on a jury verdict finding him guilty of one count of second-degree murder (felony murder), in violation of section 565.021(2) RSMo (2000), one count of first-degree assault, in violation of section 565.050.2 RSMo (2000), and one count of armed criminal action, in violation of section 571.015 RSMo (2000). The trial court found defendant to be a prior and persistent offender and sentenced him to life imprisonment on the second-degree murder count, fifteen years imprisonment on the first-degree assault count, and thirty-five years imprisonment on the armed criminal action count, to be served consecutively.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).